UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 43760
  REGINA B FRANKLIN
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-5271


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/04/05 and confirmed on 02/02/06.

     2.  The case was dismissed after confirmation, 07/27/2007.

     3.  The Debtor paid a total of $  29458.57 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | 19405.34 | .00 | 19405.34 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 6672.22 | .00 | 877.10 |
| HSBC AUTO FINANCE | SECURED | 14375.00 | 1221.85 | 1801.23 |
| CHICAGO POST OFFICE EMP | SPECIAL CLASS | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 2333.13 | .00 | .00 |
| B LINE LLC | UNSECURED | 1408.77 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 961.25 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5529.06 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 809.80 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1202.48 | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 873.74 | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| WORLDWIDE ASSET PURCHASI | UNSECURED | NOT FILED | .00 | .00 |
| SAXON MORTGAGE SERVICES | SECURED | 2992.25 | .00 | 2992.25 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 959.05 | .00 | 126.07 |
| HSBC AUTO FINANCE | UNSECURED | 3501.16 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 909.96 | .00 | .00 |
| B FIRST LLC | UNSECURED | 6580.65 | .00 | .00 |

------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

------------------------------------------------------------------------------
          Summary of disbursements:
------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 44403.86 | .00 | 24110.00 | .00 | 68513.86 |
| PRINCIPAL PAID | 25201.99 | .00 | .00 | .00 | 25201.99 |
| INTEREST PAID | 1221.85 | .00 | .00 | .00 | 1221.85 |

TOTAL PAID                26423.84            .00            .00            .00     26423.84
The Debtor's attorney, ERNESTO D BORGES JR            , was allowed $    2200.00
and was paid $      306.00   direct and $    1894.00   through the plan.

The Trustee received $    1140.73 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 10/10/07                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE